1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | Case No. 5:25-po-00130-CDB
12 |            Plaintiff,              | [Citation #E2152127, CA/10]
13 | v.                                 | MOTION AND [PROPOSED] ORDER FOR DISMISSAL
14 | ARMANDO DIAZ,
15 |            Defendant.
16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E2152127,

20 CA/10] in Case No. 5:25-po-00130-CDB against ARMANDO DIAZ, without prejudice, in the interest

21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: June 2, 2025                         Respectfully submitted,

24                                             MICHELE BECKWITH
                                               Acting United States Attorney
25
                                        By:    /s/ *Chan Hee Chu*
26                                             CHAN HEE CHU
                                               Assistant United States Attorney
27

28

                                                                          U.S. v. Diaz
                                                                Case No. 5:25-po-00130-CDB

**O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citation #E2152127, CA/10] in Case No. 5:25-po-00130-CDB against ARMANDO DIAZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 2, 2025**

_____
UNITED STATES MAGISTRATE JUDGE